IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUNZ INSURANCE SOLUTIONS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| JOSE VAZQUEZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### DEFENDANT JOSE VAZQUEZ'S NOTICE OF REMOVAL

COMES NOW Defendant Jose Vazquez and hereby removes to this Court the case styled as *Sunz Insurance Solutions, LLC v. Vazquez,* Case No. 2021-CA-1014, from the Circuit Court of the 12th Judicial Circuit, Manatee County, Florida, and states the following in support:

### BACKGROUND

1. On or around March 12, 2021, Plaintiff Sunz Insurance Solutions filed a Complaint against Vazquez arising out of an action for breach of guaranty in the Circuit Court of the 12th Judicial Circuit in Manatee County, Florida.

2. Service of the Complaint on Vazquez was completed on March 25, 2021.

3. The Complaint asserts one Count for Breach of guaranty against Vazquez, pleading damages in the amount of $3,893,034.04.

4. Copies of all process and pleadings in the case which were served to the Plaintiff are attached hereto.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

5. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant, and more than $75,000 exclusive of interest and costs is at stake.

6. Plaintiff Sunz Insurance Solutions, LLC, is a citizen of Florida, as it is incorporated under the laws of Florida and has its principal place of business in Florida. *See* Complaint Para. 7.

7. Defendant Vazquez is not a citizen of Florida. Defendant Vazquez is domiciled in, and therefore a citizen of, the state of California.

8. The Complaint asserts one Count for Breach of Guaranty against Vazquez, pleading damages in the amount of $3,893,034.04. Complaint Para. 64. In good faith, the sum of the amount in controversy exceeds $75,000. 28 U.S.C. § 1446(c)(2)(A)(i).

9. Because complete diversity exists, and the amount in controversy exceeds $75,000, this Court has original jurisdiction. 28 U.S.C. § 1332(a).

## PROCEDURAL REQUIREMENTS HAVE BEEN MET

10. This Notice of Removal is filed within thirty (30) days of Eckert's receipt of service, and therefore, removal of this action is timely under 28 U.S.C. § 1446(b).

11. This action is properly removed to this Court, the Middle District of Florida, Tampa Division, as this district embraces the County of Manatee, Florida.

12. Pursuant to 28 U.S.C. § 1446(d), counsel for Vazquez will promptly serve upon Plaintiff Sunz Insurance Solutions, LLC, and file a copy of this notice of removal with the clerk of the Circuit Court for the County of Manatee.

13. By this Notice of Removal, Vazquez does not waive any defenses or

objections it may have to service, personal jurisdiction or venue, or any other defenses or objections it may have to this action. Vazquez intends no admission of fact, law, or liability by this Notice, and reserves all defenses, motions, and/or pleas.

Respectfully submitted this 23rd day of April 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com